**MEMORANDUM**

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

FILED

2008 MAY 12 A 11: 07

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

**FROM:** Chief U.S. District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs Reba Taylor - Case No. 1:07-cr-138

**Name of Expert or Investigator:** Denis L. Bakkom

**Address:** P.O. Box 17446, Chattanooga, TN 37415. Telephone: 423-874-0624

**Type of Expert:** Investigative Services

**Reason for Application:** The reason for the application is set out in the attached Motion for Authorization for Additional Investigative Services and Supplemental Affidavit in Support of Motion. Counsel for defendant has advised further investigative services will require an additional cost of $3,000.00 for a total approved amount of $4,600.00.

**Estimated Compensation.** $4,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $3,000.00.

_____           _____
Chief U.S. District Judge Curtis L. Collier          Date

_____           5-5-08
Honorable Alice M. Batchelder                      Date
U.S. Court of Appeals